## BIRMINGHAM COAL & IRON COMPANY v. WHATLEY.

(Decided January 15, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

J. T. STOKELEY, for appellant. GIBSON & DAVIS, for appellee.

Per curiam. Dismissed by agreement.

---

## BONNER v. THE STATE.

(Decided February 12, 1914.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

SOMERVILLE, J.—No error. Affirmed.

ANDERSON, C. J., McCLELLAN and SAYRE, JJ., concur.

---

## BLEY, ET AL. v. LEWIS.

(Decided February 10, 1914.)

APPEAL from Marengo Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

ELMORE & HERBERT, and WILLIAM CUNNINGHAME, for appellant. J. M. MILLER, for appellee.

Per curiam. Dismissed for want of prosecution.